IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SYREETA LOUISE BARRETT,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-2690** |
| | : | |
| **ANDREW SAUL,**[1] | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| **Defendant.** | : | |

# ORDER

**AND NOW**, this __24th__ day of February 2021, upon consideration of the Complaint (ECF No. 1), the Social Security Administrative Record (ECF No. 10), Plaintiff's letter in support of review (ECF No. 11), Defendant's Response to Request for Review of Plaintiff (ECF No. 12), and Plaintiff's reply thereto (ECF 13), and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF 15), it is hereby

**IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Plaintiff's request for review is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report;

3. The decision of the Commissioner is **REVERSED** for the purposes of this remand only; and

---

[1] Andrew Saul is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Saul should be substituted for the former Acting Commissioner, Nancy A. Berryhill, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

4. The Clerk shall mark this matter as **CLOSED** for statistical purposes.

                 **BY THE COURT:**

                 /s/ Petrese B. Tucker
                 _____
                 **Hon. Petrese B. Tucker, U.S.D.J.**